Rosendo Gonzalez [State Bar No. 137352]
515 South Figueroa Street, Suite 1970
Los Angeles, CA 90071
Telephone: (213) 452-0071
Facsimile: (213) 452-0080

Chapter 7 Trustee

FILED
MAR 23 2010

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES

In re

ALTA BELLWOOD HOSPITALS
BELLWOOD GENERAL HOSPITAL

           Debtor.

) Case No. 2:03-bk-18543-RN
) Chapter 7
)
)
) **NOTICE OF UNCLAIMED**
) **DIVIDENDS**
) **3011**
)
)
)

**TO JON D. CERETTO, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto various checks in the sum of $35,802.46 representing the total amount of unclaimed dividends in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the names, addresses, check numbers and amounts to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: March 11, 2010

_____
ROSENDO GONZALEZ
Chapter 7 Trustee

-1-

ATTACHMENT NO. 2

## LISTING OF DIVIDEND PAYMENTS
(EACH CREDITOR CLASS SHOULD BE LISTED SEPARATELY)

| CLAIM NUMBER | CHECK NUMBER | NAME & ADDRESS OF CLAIMANT | AMOUNT CLAIMED | AMOUNT OF ALLOWED CLAIM | INTERIM PAYMENT | AMOUNT OF DIVIDEND |
|---|---|---|---|---|---|---|
| 2 | 1026 | LISA POTTS<br>14022 HALCOURT<br>NORWALK, CA 90650 | 600.00 | 600.00 | 600.00 | 327.90 |
| 187 | 1037 | DOCTORS CORNER PERSONNEL<br>ATC HEA HHCARE SERVICES<br>1983 MARCUS AVE STE E-122<br>LAKE SUCCESS, NY 11042 | 1,357.13 | 1,357.13 | 1,357.13 | 1,357.13 |
| 11 | 1061 | BERTA BETETA<br>13738 LAS VECINAS DR<br>LA PUENTE, CA 91746 | 7,210.66 | 7,210.66 | 118.06 | 118.06 |
| 15B | 1065 | AMY B STILLMAN HENDIFAR<br>6736 PREMIUM ST<br>LONG BEACH, CA 90808 | 1,162.50 | 1,162.50 | 19.03 | 19.03 |
| 36 | 1084 | ORANGE COUNTY TREASURER TAX COLLEC<br>P O BOX 1438<br>SANTA ANA, CA 92702 | 743.31 | 743.31 | 12.17 | 12.17 |
| 40 | 1088 | SUMMIT SURGICAL SUPPLY, LLC<br>1048 IRVINE AVE STE 393<br>NEWPORT BEACH, CA 92660 | 34,265.00 | 34,265.00 | 561.05 | 561.05 |
| 42 | 1090 | ONE BREATH AT A TIME<br>3717 S LA BREA AVE STE 78<br>LOS ANGELES, CA 90016 | 1,240.00 | 1,240.00 | 20.30 | 20.30 |
| 112 | 1147 | SHARP NURSES INC<br>3727 WEST SIXTH ST STE 46<br>LOS ANGELES, CA 90020 | 3,864.00 | 3,864.00 | 63.27 | 63.27 |
| 112B | 1148 | SHARP NURSES INC<br>3727 WEST SIXTH ST STE 46<br>LOS ANGELES, CA 90020 | 751.63 | 751.63 | 12.31 | 12.31 |

| # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 120 | 1339 | STERICYCLE INC<br>9188 GLENOAKS BLVD STE 3<br>SUN VALLEY, CA 91352 | 1,860.35 | 1,860.35 | 30.46 |
| 2 | 129 | 1159 | CALSAN INC<br>PO BOX 40<br>DOWNEY, CA 90241 | 1,221.91 | 1,221.91 | 20.01 |
| 3 | 133 | 1163 | STRATEGIC CLINICAL ENGINE<br>224 E OLIVE AVE STE 2<br>BURBANK, CA 91502 | 10,920.66 | 10,920.66 | 178.81 |
| 4 | 135 | 1165 | LANGUAGE LINE SERVICES<br>PO BOX 16012<br>MONTEREY, CA 93942-6012 | 797.60 | 797.60 | 13.06 |
| 5 | 140 | 1169 | MANLEY'S BOILER REPAIR CO INC<br>3700 SANTA FE AVE<br>SUITE 300<br>LONG BEACH, CA 90810 | 5,437.23 | 5,437.23 | 89.03 |
| 6 | 145 | 1174 | OUTPATIENT EQUIPMENT PART<br>26062 MERIT CIRCLE 101<br>LAGUNA HILLS, CA 92653 | 1,760.00 | 1,760.00 | 28.82 |
| 7 | 150 | 1177 | ORTHOPEDIC DESIGNS INC<br>PO BOX 7778<br>ST PETERSBURG, FL 33734 | 1,788.00 | 1,788.00 | 29.27 |
| 8 | 158 | 1184 | BOISE CASCADE OFFICE PROD<br>FILE 42256<br>UNKNOWN ST ADDRESS<br>LOS ANGELES, CA 90074 | 8,214.97 | 8,214.97 | 134.51 |
| 9 | 175 | 1201 | BALLARD MEDICAL PRODUCTS<br>22332 NETWORK PLACE<br>CHICAGO, IL 60673-1223 | 1,824.96 | 1,824.96 | 29.88 |
| 10 | 188 | 1213 | SUMMIT SURGICAL SUPPLY, LLC<br>1048 IRVINE AVE STE 393<br>NEWPORT BEACH, CA 92660 | 34,265.00 | 34,265.00 | 561.05 |
| 11 | 203 | 1226 | GWENDOLYN HILL<br>1827 W 82ND ST<br>LOS ANGELES, CA 90047-0000 | 1,240.00 | 1,240.00 | 20.30 |
| 12 | 210 | 1229 | MILLIPORE CORPORATION<br>290 CONCORD RD<br>BILLERICA, MA 01730 | 1,050.30 | 1,050.30 | 17.20 |

| | | | | | |
|---|---|---|---|---|---|
| 212 | 1231 | KURTZMAN CARSON CONSULTANTS LLC<br>5301 BEETHOVEN STREET, SUITE 102<br>LOS ANGELES, CA 90066 | 3,830.23 | 3,830.23 | 62.72 | 62.72 |
| 231 | 1247 | BILLIE BRYANT<br>5638 OLIVA AVE<br>LAKEWOOD, CA 90712 | 2,616.76 | 2,616.76 | 42.85 | 42.85 |
| 233 | 1249 | CAREMEDICS ORTHOTICS PR<br>580 HILLSBOROUGH WAY<br>CORONA HILLS, CA 92879 | 3,588.00 | 3,588.00 | 58.75 | 58.75 |
| 249 | 1264 | BERTA BETETA<br>13738 LAS VECINAS DR<br>LA PUENTE, CA 91746 | 4,873.51 | 4,873.51 | 79.80 | 79.80 |
| 272 | 1285 | CREDIT MANAGERS ASSOCIATION<br>710 WILSHIRE BLVD STE 625<br>SANTA MONICA, CA 90401-1724 | 9,925.56 | 9,925.56 | 162.52 | 162.52 |
| 324 | 1326 | UNIDIAL<br>PO BOX 641007<br>CINCINNATI, OH 45264 | 683.06 | 683.06 | 11.19 | 11.19 |
| | | TOTALS: | 147,092.33 | 147,092.33 | 4,333.55 | 4,061.45 |

CASE NUMBER:    2:03-18543-RN

CASE NAME:      ALTA BELLWOOD HOSPITALS

* Total also includes employee taxes withheld.

| In re: ALTA BELLWOOD HOSPITALS | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 2: 03-bk-18543-RN |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**515 S. Figueroa St., Ste. 1970
Los Angeles, CA 90071**

A true and correct copy of the foregoing document described **NOTICE OF UNCLAIMED DIVIDENDS 3011** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On March 19, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED LIST**

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 19, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED LIST**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 03/19/10 | Gabriela Garcia | /s/ Gabriela Garcia |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1

| In re: ALTA BELLWOOD HOSPITALS | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 2: 03-bk-18543-RN |

**SERVED BY U.S. MAIL**

**Office of the United States Trustee**
Office of the United States Trustee
725 S. Figueroa St. Suite 2600
Los Angeles, CA 90017

**Judge**
The Honorable Richard M. Neiter
United States Bankruptcy Court
255 East Temple St., Suite 1652
Los Angeles, CA 90012

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1